10

IN RE: DESMON DWAYNE GREEN                        CASE NO.  14-81041
    Debtor

## CHAPTER 13 PLAN

Debtor's *PLAN OF REPAYMENT* pursuant to 11 USC §1321, §1322 AND §1325:

Debtor shall make monthly payments to the Chapter 13 Trustee in the amount of $300.00, each for 36 months. The Payments shall be made by Payroll Deduction.

**Paid Directly by Debtor:**

Heart of La. FCU – [$417.00 and $567.00] paid directly by debtor – holds first lien on 2011 Tundra & Camaro

USAA -  first lien on house and land located at 3212 Old Marksville Hwy, Pineville – owned in indivision with Succn of Renne Green

THE EVANGELINE BANK -  first lien on house and land located at 708 Avoyelles Drive, Alex., La. – owned in indivision with Succn of Renne Green

HOME DEPOT – loan from 401(K) will be paid by payroll deduction until paid in full

**Chapter 13 Trustee will pay** from the monies received the following:

ADMINISTRATIVE EXPENSES:

(A.) The Trustee shall withhold from all disbursements made up to 7% for the allowed percentage fee.

(B.)  Counsel for Debtors will receive Legal Fees for services rendered through confirmation in the amount of **$2,800.00**. These fees shall be paid in monthly disbursements made by the Ch. 13 Trustee.

SECURED CLAIMS:

USAA – arrearages on first lien on house and land located at 3212 Old Marksville Hwy, Pineville – owned in indivision with Succn of Renne Green- estimated to be in the amount of $1,248.00

THE EVANGELINE BANK -  arrearages on first lien on house and land located at 708 Avoyelles Drive, Alex., La. – owned in indivision with Succn of Renne Green- estimated to be in the amount of $1,350.00

PRIORITY CLAIMS

JPMORGAN CHASE – student loan in the amount of $9,567.00 will be paid from net proceeds received from debtor's interest generated from sale of immovable property owned in indivision

with Succession of Renne Green; any re4miander not paid will survive the entry of an order of Discharge in this case

JPMORGAN CHASE – student loan in the amount of $68,412.00 will be paid from net proceeds received from debtor's interest generated from sale of immovable property owned in indivision with Succession of Renne Green; any re4miander not paid will survive the entry of an order of Discharge in this case

GENERAL UNSECURED CLAIMS:

All Timely Filed General Unsecured claims set forth on Schedule F will be paid a dividend of APPROXIMATELY **0%**, but dividends paid on such claims may vary according to actual claims filed and the amount paid through the Succession of Renne Green on those claims on which that entity is also legally liable.

        **LAW OFFICE OF,**

        **/S/ THOMAS R. WILLSON**
        **THOMAS R. WILLSON**
        **P.O. DRAWER 1630**
        **ALEXANDRIA, LA 71309**
        **PHONE NO. 318-442-8658**
        **ATTORNEY I.D. #13546**