IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CASE NO. 14-81041
Attorney: THOMAS R. WILLSON
Chapter 13

DESMON DWAYNE GREEN

DEBTORS

## TRUSTEE'S REPORT AND RECOMMENDATION

1. A Plan has not been previously confirmed.

2. Debtor attended a Section 341 Meeting.

3. **No previous Hearing has been attended by Debtor.**

4. Payments to the Plan **have** been made but are **NOT** current. -(Delinquent $300.00)

5. Income and Expense Schedules I and J summarized below are reasonable.

    | | |
    |---|---|
    | Income | **$8831.18** |
    | Expenses | **$8530.00** |
    | Disposable Income | **$301.18** |

6. Objection to Confirmation has been filed by:
   1. The debtor(s) has/have failed to attend the meeting of creditors held pursuant to 11 U.S.C. Section 341(a). Debtor has twice failed to attend a meeting of creditors. Trustee has granted a final continuance of the meeting of creditors to January 7, 2015. Trustee further reserves the right to raise additional objections pending examination of Debtor at the meeting of creditors.-**RESOLVED**
   2. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. Section 1325(b)(1)(B) and requires proof of certain expenses. Debtor's schedules reflect monthly charitable contributions in the amount of $1,845.00 which are excessive under 11 U.S.C. Section 1325 (b)(2)(A)(ii). Trustee also requests proof of the contributions.
   3. The trustee requires updated employer information, current proof of income, and an Amended Schedule I to assess disposable income and plan feasibility. Trustee received a notice of termination letter from Debtor's employer.
   4. Trustee objects to Debtor paying for two vehicles outside the plan.
   5. Trustee objects to language in plan regarding the trustee's administrative fee. The plan incorrectly states the percentage fee as 7% and should be amended to allow up to 10%.
   6. Trustee is unable to determine the liquidation value of the estate as the Debtor has not been examined at a meeting of creditors. *Resolved*

7. **OBJECTION #1 HAS BEEN RESOLVED**

8. A Modified Plan was filed on , with hearing set for .

9. The Trustee does **not** recommend Confirmation.

Respectfully submitted this 8th day of JANUARY 2015.

PROCESSED
RETAIN PER ADMINISTRATIVE

Jon C. Thornburg, Chapter 13 Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)