IN RE: DESMON DWAYNE GREEN                          CASE NO.   14-81041
    Debtor

## MODIFIED PLAN OF JANUARY 31, 2015

Debtor's Plan is modified as follows:

Debtor shall pay the total sum of $900.00, to the Chapter 13 Trustee through the first 3 months; thereafter he shall make 36 additional payments to the Trustee in the amount of $300.00 for a total of 39 months. The Payments shall be made by Payroll Deduction.

**Paid from sale of assets by Debtor and Succession of Renne Green:**

USAA – [POC #12] recognized as secured in the amount of $49,737.09, with first lien on house and land located at 3212 Old Marksville Hwy, Pineville – owned in indivision with Succession of Renne Green . This claim will be paid through the Trustee from the proceeds of the sale of the property within 90 days of confirmation. If the sale is not approved by the Court in that time then the automatic stay will lift and the property will be deemed abandoned, upon submission of an affidavit attesting to the same by this creditor, and without further proceedings.

THE EVANGELINE BANK - [POC #1] first lien on house and land located at 708 Avoyelles Drive, Alex., La. – owned in indivision with the Succession of Renne Green [Probate No. 40677, in 9th JDC] claim in the amount of $37,396.79, and recognized as secured. This claim will be paid through the Trustee from the proceeds of the sale of the property within 90 days of confirmation. If the sale is not approved by the Court in that time then the automatic stay will lift and the property will be deemed abandoned, upon submission of an affidavit attesting to the same by this creditor, and without further proceedings.

HOME DEPOT – loan from 401(K) will be paid by payroll deduction until paid in full

**CHAPTER 13 TRUSTEE WILL PAY** from the monies received the following:

ADMINISTRATIVE EXPENSES:

(A.) The Trustee shall withhold from all disbursements made up to 10% for the allowed percentage fee.
(B.) Counsel for Debtors will receive Legal Fees for services rendered through confirmation in the amount of **$2,800.00**. These fees shall be paid in monthly disbursements made by the Ch. 13 Trustee.

SECURED CLAIMS:

Army & Air Force Exchange Services [POC #11] – filed a claim as partially secured in the amount of $1,826.95. The secured portion of this claim is disputed and will not be paid as secured. It will be paid as fully unsecured.

PRIORITY CLAIMS
The following claims will be paid from net proceeds received from debtor's interest generated from sale of immovable property owned in indivision with Succession of Renne Green in preference and priority to unsecured claims to the extent there are funds available. Any amount remaining owed will survive the entry of an order of Discharge in this case.

| Creditor | Claim No. | Amount |
|---|---|---|
| JPMorgan Chase | POC #6 | $77,609.70, |
| National College Student Loan | POC #13 | $13,792.64 |

| | | |
|---|---|---|
| National College Student Loan | POC #14 | $11,233.12 |
| National College Student Loan | POC #15 | $38,389.30 |

CONTINGENT CLAIMS

The following are claims that were incurred by another person and debtor is liable on the same as the result of his interest in community property [collateral shown is titled to non debtor]

| Creditor | Claim No. | Amount | Collateral |
|---|---|---|---|
| Heart of La FCU | 3 | 32,017.64 | 2011 Toyota Tundra |
| Heart of La FCU | 4 | 23,792.16 | 2011 Ch Camaro |
| Heart of La FCU | 5 | 1842.26 | 2011 Toyota Tundra [same as listed above] |

These claims are paid directly by Porsha Vonnetta Green, the person responsible for the same.

GENERAL UNSECURED CLAIMS:

All Timely Filed General Unsecured claims set forth on Schedule F will be paid a dividend of APPROXIMATELY **0%**, but dividends paid on such claims may vary according to actual claims filed and the amount paid through the Succession of Renne Green on those claims on which that entity is also legally liable. The last date for filing claims is March 3, 2015, and to date, the following claims have been filed:

| Creditor | Claim No. | Amount |
|---|---|---|
| City of Alex | 2 | 313.73 |
| Calvary SPV.1, LLC | 7 | 4329.61 |
| Cerastes, LLC | 8 | 705.00 |
| Cerastes, LLC | 9 | 505.00 |
| Cerastes, LLC | 10 | 675.00 |
| Army & Air Force Exch Services | 11 | 4352.78 |
| Army & Air Force Exch Services | 11 | 1826.95 |

LAW OFFICE OF,

**/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON [#13546]**
**P.O. DRAWER 1630**
**ALEXANDRIA, LA 71309**
**PHONE NO. 318-442-8658**